**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

| | |
|---|---|
| Case No. 8:24-cv-01108-FLA-KES | Date: February 19, 2025 |

Title: Kevin Johnson v. Serve All, Help All, Inc., et al.

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|:---:|:---:|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**      **Order Granting Motion for Entry of Proposed Order re 1/29/25 Informal Discovery Conference (Dkt. 57)**

     The Court GRANTS the parties' joint request for an order following the 1/29/25 IDC. (Dkt. 57.) The Court enters the attached order as best reflecting the Court's orders stated on the record.

 

Initials of Deputy Clerk <u>jd</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Johnson, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> Serve All, Help All, Inc. d/b/a Nonprofit Alliance of Consumer Advocates, Faith First Bancorp, Inc., and CDLG, PC d/b/a Consumer Defense Law Group, <br><br> Defendants. | Case No. 8:24-cv-01108-FLA (KESx) <br><br> **ORDER REGARDING JANUARY 29, 2025 INFORMAL DISCOVERY CONFERENCE** |

Order Regarding January 29, 2025 Informal Discovery Conference - 1

Following the Informal Discovery Conference between Plaintiff and Faith First Bancorp, Inc., which was conducted on January 29, 2025, this Court rules that, within thirty days of the date of this order, Faith First Bancorp, Inc. shall serve Plaintiff:

1. With a list of Faith First Bancorp, Inc.'s customer names between May 23, 2020 and May 23, 2024, as an initial response to Plaintiff's Request for Production Nos. 1-4 and Interrogatory No. 4, with an expectation that the parties later meet and confer regarding Interrogatory No. 8 and Request for Production No. 4;

2. With amended responses and related documents, if any, to Plaintiff's Request for Production Nos. 14 and 17; and

3. With amended responses to Request for Production Nos. 8, 10, 11, 12, 15, 18, and 19, clarifying if any documents are being withheld on the basis of the asserted objections.

The 30-day deadline can be extended by written stipulation of the parties.

IT IS SO ORDERED.

Dated: February 19, 2025

*Karen E. Scott*
HON. KAREN E. SCOTT
United States Magistrate Judge