**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kevin Johnson | CASE NUMBER |
| Plaintiff(s) | 8:24-cv-01108-FLA-KES |
| v. | |
| Serve All, Help All, Inc., et al. | (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [76] |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

_____    ☐ Plaintiff ☐ Defendant ☐Other   _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                              *E-Mail Address*

_____    _____    _____
*Telephone Number*         *Fax Number*          *State Bar Number*

as attorney of record instead of _____
                                 *List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒ The Court hereby orders that the request of | Curt K. Brown and Jeremy Wang, of L and F Brown P.C. |
*List **all** attorneys from same firm or agency who are withdrawing.*

| |
|---|

to withdraw as attorney of record for | Defendant Serve All, Help All, Inc. |

**is hereby** ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated   April 14, 2025                    _____
                                          U. S. District Judge/~~U.S. Magistrate Judge~~