JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN JOHNSON,

                 Plaintiff,

      v.

SERVE ALL, HELP, INC., *et al.*,

                 Defendants.

Case No. 8:24-cv-01108-FLA (KESx)

**ORDER DISMISSING ACTION [DKT. 91]**

1

On January 30, 2026, the parties filed a Stipulation of Dismissal with Prejudice ("Stipulation of Dismissal"), requesting the court dismiss this action with prejudice as to Plaintiff Kevin Johnson.  Dkt. 91.  Having considered the Stipulation of Dismissal and finding good cause therefor, the court hereby APPROVES the Stipulation of Dismissal and ORDERS:

1. All deadlines governing this action are vacated.

2. The court DISMISSES the action with prejudice as to Plaintiff and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: February 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2